UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIANO A.G.,[1]<br><br>Petitioner,<br><br>v.<br><br>WARDEN, CENTRAL VALLEY ANNEX DETENTION FACILITY, et al.<br><br>Respondents. | No. 1:26-cv-07122-TLN-SCR<br><br>A# 220-071-417<br><br>**RELEASE ORDER** |

Petitioner is a federal immigration detainee who filed this habeas corpus action pursuant to 28 U.S.C. § 2241. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On October 21, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within three days. (ECF No. 17.) Respondents filed objections to the findings and recommendations "for the reasons set forth in Respondent's response." (ECF No. 18.)

---

[1] The Court omits Petitioner's full name to protect sensitive personal information. *See* Memorandum re: Privacy Concern Regarding Social Security and Immigration Opinions, Committee on Court Administration and Case Management, Judicial Conference of the United States (May 1, 2018), https://www.uscourts.gov/sites/default/files/18-cv-l-suggestion_cacm_0.pdf.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED:

1. The findings and recommendations (ECF No. 17) are ADOPTED IN FULL.

2. The Petition for Writ of Habeas Corpus (ECF No. 1) is GRANTED on Count One (violation of *Zadvydas v. Davis*, 533 U.S. 678 (2001)).

3. Respondents are ordered to IMMEDIATELY RELEASE Petitioner Adriano A.G. (A# 220-071-417) under an order of supervision. At the time of release, Respondents must return all of Petitioner's documents and possessions. Respondents shall file a **notice of compliance** with this provision of the Court's Order within **two (2) court days** from the date of this Order.

4. Respondents are ENJOINED from re-detaining Petitioner absent a travel document for his removal, if necessary, or materially changed circumstances that are set out in a notice to Petitioner. Respondents must provide a minimum of seven-days' pre-deprivation notice and strictly comply with the requirements of 8 C.F.R. §§ 241.13(i), 241.4(l).

5. The Clerk of the Court is directed to serve this Order on the **Central Valley Annex Detention Facility**, enter judgment in Petitioner's favor, and close this case.

IT IS SO ORDERED.

**DATED: October 27, 2026**

TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE